■ In the Matter of the Adoption of ALISHA P., an Infant. GAIL N., Appellant; JEFFREY O. et al., Respondents.—Appeal from an order of the Surrogate's Court of Clinton County (Garvey, S.), entered March 14, 1989, which denied petitioner's application to revoke the judicial consent permitting the adoption of her child.

Order affirmed, without costs, upon the opinion of Surrogate Charles P. Garvey. Kane, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.